UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DERREK LARKIN, | |
| Plaintiff, | CIVIL ACTION NO. 3:25-cv-00795 |
| v. | (SAPORITO, J.) |
| ARVIZA, *et al.*, | |
| Defendants. | |

## ORDER

**AND NOW**, this 9th day of December, 2025, upon screening of the amended complaint (Doc. 27) pursuant to 28 U.S.C. § 1915A, for the reasons described in the accompanying memorandum, **IT IS HEREBY ORDERED THAT**:

1. The plaintiff is **PERMITTED** to proceed on an Eighth Amendment claim for injunctive relief, premised on alleged deliberate indifference to his serious medical needs, against defendant Warden Arviza in his official capacity.

2. All other claims are **DISMISSED**. The Clerk is **DIRECTED** to terminate defendants Deputy Warden, Doctor Cullens, Lt. Carpenter, Medical Officer Boyer, and Medical Officer Moyer from the docket.

3. Defendant Arviza is **ORDERED** to respond to the amended

- 2 -

complaint as if served on the date of this order.


Dated: December 9, 2025          *s/Joseph F. Saporito, Jr.*
                                              JOSEPH F. SAPORITO, JR.
                                              United States District Judge